DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| | | | |
|---|---|---|---|
| 453P14 | State v. William Keith Davis | 1. State's Motion for Temporary Stay (COA14-575) | 1. Allowed **12/16/2014** Dissolved **04/09/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied **Ervin, J., recused** |
| 455P14 | State v. Reginald Fullard | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Forsyth County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 458P14 | State v. James Earl Parker, Jr. | 1. State's Motion for Temporary Stay (COA14-412) | 1. Allowed **12/19/14** Dissolved **04/09/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Motion to Deem Response Timely Filed | 4. Allowed |
| 459P14 | Bulent Bediz v. Capital Facilities Foundation, Inc. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-421) | 1. Dismissed |
| | | 2. Plt's Motion that PDR be Deemed Filed as of December 9, 2014 | 2. Denied |
| | | 3. Plt's Motion in the Alternative that PDR be treated as a PWC | 3. Denied |
| 460P14 | Mayford Wyatt v. Haldex Hydraulics and Sentry Insurance | 1. Defs' Motion for Temporary Stay (COA14-335) | 1. Allowed **12/22/2014** Dissolved **04/09/2015** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 462A14 | Aaron Byrd and Eric Coombs v. Franklin County, North Carolina | 1. Petitioners' NOA Based Upon a Dissent (COA13-157) | 1. — |
| | | 2. Respondent's PDR as to Additional Issues | 2. Denied |